**United States District Court
for the Eastern District of Tennessee**

Case No. 1:25-CV-21-TRM-CHS



FILED
JAN 27 2025
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

<u>Plaintiff:</u>
Charles Michael Ross

v.

<u>Defendants:</u>
Donald J. Trump

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

# Complaint for a Civil Case

## I. Parties to the Case Information

**Plaintiff:**
Name: Charles Michael Ross
Address: 8407 Oak View Dr., Chattanooga, TN 37421
County: Hamilton
Phone: 423-381-5933
email: cr9993z@protonmail.com

**Defendants**
No. 1 Name: Donald Trump
Address: 1600 Pennsylvania Ave NW, Washington, DC 20500
County: Washington, DC
Phone: unknown

## II. Basis of Jurisdiction

This court has jurisdiction over this case because the cause of action is related to individuals and events that took place in the County of Hamilton, State of Tennessee, where the plaintiff resides. This case arises out of the United States Constitution, Federal law and tort law. The Constitutional provisions include Article II, Article III, Article IV, Article VI, the 4th, 5$^{th,}$ and 14th Amendment. The Federal law provisions include 42 U.S.C 1983. Tort law provisions include negligence, dereliction, and abuse of process.

## III. Statement of Claim

1. On January 23, 2024 I sent a certified mail electronic signature letter through the United States Postal Service to President Donald Trump at the address of 1600 Pennsylvania Ave NW, Washington, DC 20500, with a tracking number of 9589 0710 5270 1808 2777 21, humbly asking him, as Chief Magistrate of the United States, to uphold the Constitution and laws of the United States with respect to my rights which I had been deprived of by judges, officers, officials, and employees of the Federal Government and the State of Tennessee.

2. As of January 27, 2025, six Federal cases that I filed in the Eastern Tennessee District Court in 2024 were improperly dismissed by judges under the Federal Rules of Civil Procedure, which have case numbers of 1:24-cv-190, 191, 196, 207, 208, 213.

3. As of January 27, 2025 there are four open Federal cases in the Eastern Tennessee District Court, to which I am the plaintiff, in which no action has been taken by the court to fulfill their duties under the law. The case numbers are as follows: 1:24-cv-253, 264, 279, and 280. The last of these cases was filed on August 19, 2024.

4. As of January 27, 2025 I am not aware of any actions taken by President Trump in his official capacity as the Chief Magistrate of the United States to rectify or put a stop to the rebellious and treasonous situation occurring in the Federal Courts and the State of Tennessee since his taking of office on January 20, 2025.

5. I believe no action will be taken by President Trump to give me relief in the following days in order to avoid the perception that judges, officials, and employees of the Federal Government and the State of Tennessee are in fact in open rebellion against the Constitution of the United States.

6. I believe Donald Trump was already aware of the rebellious and treasonous situation occurring in the Federal Government and the State of Tennessee before I sent a letter to him on January 23, 2024, as I had previously sent letters to the White House and the Supreme Court through standard mail in the summer of 2024.

7. I believe I have been conspired against by the President, Judges, Officials, and Employees of the State of Tennessee and the Federal Government.

8. The negligence, dereliction of duty, and abuse of process carried out by the President, judges, and officials has caused me pain, suffering, lost time, lost resources, and undue stress.

## IV. Relief

I am seeking $500,000,000 from each listed party for actions taken or not taken in their official capacity as officers of the United States which has allowed the ongoing deprivation of my rights under color of law with full or partial knowledge of a rebellion against the Constitution of the United States.

## V. Certification and Closing

I declare under penalty of perjury that the forgoing is true and correct.
Executed on January 27, 2025

*Charles Ross* (signature)

January 23, 2025

Dear President Trump,

As the President of the United States you have an obligation to fulfil your Constitutional duties. Several days ago you placed your hand on the Bible and took the oath of office and said, "I do solemnly swear that I will faithfully execute the Office of President of the United States, and will to the best of my Ability, preserve, protect and defend the Constitution of the United States." During summer of last year I sent letters to your predecessor Joe Biden and the Supreme Court outlining the abuses and crimes committed by judges and employees representing the State of Tennessee and Hamilton County Government. These abuses and crimes were committed while acting in their official capacity and I was the victim of their actions. I have been deprived of my property without due process of law and also denied the equal protection of the law under the 5th and 14th Amendments. It appears as if debt collectors along with State and Federal judges and employees have conspired to deprive me of my rights under the law. In the summer of last year I filed ten Federal lawsuits in the Eastern District Court of Tennessee all related to the deprivation of my rights under color of law by these judges and employees with case numbers 1:24-cv-190, 191, 196, 207, 208, 213, 253, 264, 279, and 280. As of January 23, 2025 six of these cases have been improperly dismissed by Federal judges as no complaint was ever sent to a listed party. Four cases are still open but no action has been taken whatsoever to move the cases forward. These being cases 1:24-cv-253, 264, 279, and 280. The deprivation of my rights is ongoing. Under Article VI of the United States Constitution, all judges of every state are bound to the Supreme Law. Today, I am humbly asking you, President Trump, as the Chief Magistrate of the United States, to execute the law to the fullest extent of your power with the advice and assistance of the Supreme Court to bring justice, law, and order to our nation. History looks kindly on those who have faithfully fulfiled their Constitutional duties even when it may have been unpopular. By upholding the law you will be doing a great service to yourself and our nation.

Sincerely,
Charlie Ross